Christopher B. Dolan, Esq. (SBN 165358)
Quinton B. Cutlip, Esq. (SBN 168030)
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, California 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiffs
EDRICK HARVEY, MARY
OCTAVIA DORROUGH and
minors AS and RH.

E-filing

RECEIVED
OCT - 7 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMR

| | |
|---|---|
| EDRICK HARVEY individually and MARY OCTAVIA DORROUGH as guardian ad litem for minors AS and RH.<br><br>Plaintiffs<br><br>v.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, POLICE CHIEF JAMES HYDE, ACTING ANTIOCH POLICE CHIEF ALLAN CANTANDO, DETECTIVE JAMES STENGER, DETECTIVE MICHAEL MELLONE, DETECTIVE D. BITTNER (Badge 3252), DETECTIVE WISECARVER (Badge 2363), DETECTIVE VINCELET (Badge number unknown), DETECTIVE MORTIMER (Badge number unknown); CITY OF PITTSBURG, PITTSBURG POLICE DEPARTMENT, POLICE CHIEF AARON L. BAKER, and DOES 1 to 100<br><br>Defendants. | CV Case No. 11 4986<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR "AS," A MINOR; STATEMENT OF COUNSEL; CONSENT OF NOMINEE; AND [PROPOSED] ORDER |

**PETITION BY MINOR OVER AGE 14**

1.

Petition to Appoint Guardian Ad Litem for AS

Petitioner AS states as follows:

1. I am a minor. I am currently over 16 years old.

2. I am about to commence an action in this court against the defendants listed above.

3. My claims against these defendants are based upon injuries I suffered. A copy of my complaint is being filed with this petition.

4. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

5. My natural aunt, MARY OCTAVIA DORROUGH, is a competent adult and a responsible person. She is fully competent to act as my guardian ad litem for purposes of this litigation, until I become 18 years old.

6. I request that the Court appoint MARY OCTAVIA DORROUGH as my guardian ad litem.

Dated: October 5, 2011        By:    *AS*
                                     "AS"
                              (Only initials used pursuant to FRCP 5.2(a)(3))

### STATEMENT OF COUNSEL

I, Quinton B. Cutlip, state:

1. I am an attorney at law who is duly licensed to practice before the courts of the State of California. I am also admitted to practice before the United States District Court for the Northern District of California. I am an associate with the Dolan Law Firm, the attorneys of record for the Plaintiffs in this action.

2. As indicated in the consent attached, hereto, MARY OCTAVIA DORROUGH has consented to act as guardian ad litem for "AS."

Petition to Appoint Guardian Ad Litem for AS

3. It has been my experience that some courts disfavor appointing a person as guardian ad litem for a child if that person also has his or her own individual claims in the litigation. MARY OCTAVIA DORROUGH was chosen to be guardian ad litem because she does <u>not</u> have any other interest in this litigation or individual claim for damages in this action. "AS's" natural mother, EDRICK HARVEY, was also a victim of Defendants' tortious acts. So, EDRICK HARVEY is an individually named plaintiff in this action.

4. WHEREFORE, Petitioner moves this court for an order appointing MARY OCTAVIA DORROUGH as guardian ad litem of petitioner "AS" for the purpose of bringing and maintaining an action against the defendants identified above.

Dated: October 5, 2011                THE DOLAN LAW FIRM

By _____
Quinton B. Cutlip
EDRICK HARVEY, MARY OCTAVIA
DORROUGH and minors AS and RH.

### CONSENT OF NOMINEE

I, MARY OCTAVIA DORROUGH, the nominee of the Petitioner, consent to act as guardian ad litem for niece AS until she turns 18 years of age or until this action is concluded, whichever is first.

Dated: October 5, 2011                By: _____
MARY OCTAVIA DORROUGH

///

3.

## ORDER

The petition for an order appointing MARY OCTAVIA DORROUGH as guardian ad litem for petitioner "AS" is GRANTED.

IT IS SO ORDERED.

Dated: 10/26/2011

By: _____
Judge of the United States District Court for the Northern District of California.

*[Stamp: GRANTED — Judge Donna M. Ryu — United States District Court, Northern District of California]*