UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| EDRICK HARVEY, *et al.*,<br><br>        Plaintiffs,<br>   v.<br>CITY OF ANTIOCH, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 11-04986 SBA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. ECF No. 34 at 1. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: March 2, 2012

                                                  _____
                                                  LAUREL BEELER
                                                  United States Magistrate Judge