

**FILED**

JUL 19 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| ANGEL SMITH, in Her Capacity as Personal Representative for the Estate of Edrick Harvey, and CHELSEA STINGLEY, as Guardian as Litem for Minors AS and RH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, et al.,<br><br>Defendants. | Case No:  C 11-4986 SBA<br><br>**ORDER GRANTING STIPULATED REQUEST TO SUBSTITUTE PARTY**<br><br>Docket 51 |

Good cause appearing,

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 25(a), Angel Smith, in her capacity as personal representative of the Estate of Edrick Harvey, is substituted as the proper party in place of the deceased plaintiff, Edrick Harvey.  The caption in this case shall be modified to reflect the substitution, as set forth above, and the Clerk shall reflect such modification in ECF. The motion hearing scheduled for August 6, 2013 is VACATED.  This Order terminates Docket 51.

IT IS SO ORDERED.

Dated: July 17, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge