1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for All Defendants

7  Christopher B. Dolan, Esq. (SBN 165358)
   Quinton B. Cutlip, Esq. (SBN 168030)
8  THE DOLAN LAW FIRM
   1438 Market Street
9  San Francisco, California 94102
   Tel: (415) 421-2800
10 Fax: (415) 421-2830

11 Attorneys for All Plaintiffs

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 ANGEL SMITH, in Her Capacity as              Case No. C11-04986 SBA
   Personal Representative for the Estate of
17 Edrick Harvey, and CHELSEA STINGLEY          STIPULATION AND [PROPOSED]
   as guardian ad Litem for minors AS and       ORDER TO PROCEED BEFORE
18 RH,                                          UNITED STATES MAGISTRATE JUDGE
                                                LAUREL BEELER
19              Plaintiffs,

20         vs.

21 CITY OF ANTIOCH, et al.,

22              Defendants.

23
           IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,
24
   through their respective counsel of record, as follows:
25
           WHEREAS this civil rights action is currently pending in the above entitled Court before
26
   the Honorable District Court Judge Saundra Brown Armstrong.
27
           WHEREAS Edrick Harvey and her two children Angel Smith ("AS") and RH were the
28

C11-04986 SBA - STIPULATION AND ORDER
TO PROCEED BEFORE U.S MAGISTRATE
JUDGE LAUREL BEELER

Plaintiffs in this suit against the Antioch Police Department and others. Trial was previously set for July 15, 2013. On March 2, 2013, Plaintiff Edrick Harvey passed away unexpectedly. Plaintiffs timely filed a "Statement Noting the Death of Plaintiff Edrick Harvey" pursuant to Federal Rule of Civil Procedure, Rule 25(a)(1) On March 11, 2013, Plaintiffs and Defendants stipulated to continue the trial. On March 12, 2013, the Court granted the stipulated request for continuance.

On June 4, 2013, the Contra Costa County Superior Court issued an order appointing Angel Smith as the special administrator for the Estate of Edrick Harvey for the purpose of being substituted as the proper party into the present case. On June 6, 2013, Plaintiffs and Defendants stipulated "that Angel Smith, in her capacity as 'personal representative of the Estate of Edrick Harvey,' may be substituted as the proper party in the place of deceased plaintiff Edrick Harvey, pursuant to Federal Rule of Civil Procedure, Rule 25(a)." This Court issued an Order on July 17, 2013, substituting Angel Smith, in her capacity as personal representative of the Estate of Edrick Harvey, as the proper party in the place of deceased plaintiff Edrick Harvey.

WHEREAS during the telephonic case management conference on July 17, 2013 the parties agreed to meet and confer about possibly stipulating to have the case transferred to a United States magistrate judge.

///

///

C11-04986 SBA - STIPULATION AND ORDER TO PROCEED BEFORE U.S MAGISTRATE JUDGE LAUREL BEELER     2

THE PARTIES NOW AGREE AND HEREBY STIPULATE to consent to have United States Magistrate Judge Laurel Beeler conduct all further proceedings in this case, including trial and order of entry of a final judgment according to 28 U.S.C. § 636(c). Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. The parties agree and hereby request to have the case transferred to for any and all further proceedings.

Dated: July 26, 2013                THE DOLAN LAW FIRM

                                    By: _____
                                        Christopher B. Dolan
                                        Quinton B. Cutlip
                                        Attorneys for All Plaintiffs

Dated: July 29 2013                 MCNAMARA, NEY, BEATTY, SLATTERY,
                                    BORGES & AMBACHER LLP

                                    By: _____
                                        James V. Fitzgerald, III
                                        Noah G. Blechman
                                        Attorneys for All Defendants

**PURSUANT TO STIPULATION, IT IS ORDERED THAT**

This pending civil action is transferred to Magistrate Judge Laurel Beeler for all further proceedings. An order will be issued to the parties regarding a Case Management Conference with Magistrate Judge Laurel Beeler.

**IT IS SO ORDERED**

DATED: 7/29/13

                                    _____
                                    Hon. Saundra B. Armstrong
                                    United States District Court Judge