UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| EDRICK HARVEY, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF ANTIOCH, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-04986 LB<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　The court sets a case management conference for August 22, 2013 at 11 a.m. and directs the parties to submit an updated case management conference statement by August 15, 2013 with their scheduling proposals. The court notes that in their last joint statement, the parties mentioned that they were working to define whether they might stipulate to the dismissal of some claims and defendants. Also, the parties mentioned referral to Judge Laporte or another magistrate judge for a further settlement conference before any summary judgment motions. *See* ECF No. 52 at 4. The statement should address these issues and how they work in with the parties' proposed timing.

　　The undersigned's standing order is attached.

　　The parties may change the hearing date by stipulation if it is inconvenient.

**IT IS SO ORDERED.**

Dated: August 8, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER (C 11-04986 LB)